IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NEW YORK

METE KARABAS, individually and on behalf of all others similarly situated, and the general public

    Plaintiff,

v.

THE COCA-COLA COMPANY,

    Defendant.

Case No. 1:23-cv-09218-HG

**NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE**

**PLEASE TAKE NOTICE** that Plaintiff Mete Karabas, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), hereby dismisses the Complaint with prejudice. Dismissal without leave of Court is proper under Rule 41(a)(1)(A)(i), as Defendant The Coca-Cola Company has not answered the Complaint or filed a motion for summary judgment.

Dated: February 29, 2024

Respectfully Submitted,

**Fitzgerald Monroe Flynn PC**

*/s/*    Jack Fitzgerald
Jack Fitzgerald
2341 Jefferson Street, Suite 200
San Diego, CA 92110
Tel.: (619) 215–1741
jfitzgerald@fmfpc.com

*Attorneys for Plaintiff Mete Karabas*